IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:18-mc-3836-WKW [WO] |
| JOON, LLC d/b/a AJIN USA, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is Plaintiff's Motion for Stay and Extensions. Doc. 17. In light of the federal government shutdown, Plaintiff represents that it is prohibited from litigating this matter until normal operations resume. Doc. 17. Accordingly, for good cause and with Defendant's consent, the motion (Doc. 17) is GRANTED and this matter is STAYED. All pending deadlines are continued generally until further order of the court.

It is further ORDERED that Plaintiff is to file a notice informing the court when its normal operations have resumed.

DONE this 27th day of December, 2018.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE